UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS E. COTA-FLORES,<br><br>Defendant. | Case No.: 22-cr-0715-JLS<br><br>Date: April 29, 2022<br>Time: 1:30 p.m.<br><br>Proposed Date: May 27, 2022<br>Time: 1:30 p.m.<br><br>**ORDER** |

Pursuant to joint motion and good cause appearing:

The Court grants the relief requested by the parties. The motion hearing/trial setting conference set on April 29, 2022 at 1:30 p.m. is continued to May 27, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded in the interests of justice.

IT IS SO ORDERED.

Dated: April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge